# CENTENNIAL BANK,
*Appellant,*

*v.*

# CAMPBELL et ux,
*Defendants,*

*v.*

# S.W. ROSS INVESTMENTS, INC.,
## (aka S.W. ROSS CORPORATION),
*Third-Party Defendant,*

# FAIRCHILD CONCRETE, INC.,
*Respondent.*

(16-83-06166; CA A34501)

702 P2d 1170

Bill Martin, Eugene, argued the cause for appellant. On the brief were Thomas B. Russell and Gleaves Swearingen Larsen & Potter, Eugene.

Paul Silver, Portland, argued the cause and filed the brief for respondent.

Before Gillette, Presiding Judge, Joseph, Chief Judge, and Young, Judge.

PER CURIAM

**PER CURIAM**

The trial court erred in refusing to grant plaintiff's motion to strike third-party defendant Fairchild Concrete's claim for attorney fees and in awarding judgment for those fees as a part of Fairchild Concrete's cost bill. *Parkhurst v. Faessler,* 62 Or App 539, 661 P2d 571 (1983); *but see Golden West Insulation v. Stardust Investment Co.,* 47 Or App 493, 615 P2d 1048 (1980).

Pursuant to our authority under Or Const, Art VII (Amended), § 3, the judgment dated December 18, 1984, is amended by deleting therefrom the award of attorney fees in the amount of $9,733.50 payable by plaintiff to Fairchild Concrete.